JS-6

1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
4  CEDINA M. KIM
   Assistant United States Attorney
5  Senior Trial Attorney, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
   Special Assistant United States Attorney
7       Office of the General Counsel
8       Office of Program Litigation
        Social Security Administration
9       6401 Security Boulevard
10      Baltimore, MD 21235
        Telephone: (510) 970-4861
11      Facsimile: (415) 744-0134
12      Email: Jennifer.Tarn@ssa.gov
13 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TAMI L. WALLER, | ) Case No. 2:22-cv-07921-SK |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: 3/3/2023

HONORABLE JUDGE STEVE KIM
UNITED STATES MAGISTRATE JUDGE