LAW OFFICES OF BILL LATOUR
MARK VERPLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| TAMI WALLER, | ) | No. 2:22-cv-7921 SK |
| | ) | |
|    Plaintiff, | ) | <u>ORDER AWARDING</u> |
| | ) | <u>EAJA FEES</u> |
|    v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|    Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND THREE HUNDRED FIFTY SEVEN DOLLARS AND 55/100, ($5,357.55), and zero ($0.00) costs, subject to the terms of the stipulation.

DATE:  3/23/2023             /s/ Steve Kim
                                         HON. STEVE KIM,
                                         UNITED STATES MAGISTRATE JUDGE